IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TALBOT TODD SMITH | CIVIL ACTION |
|---|---|
| v. | NO. 13-5101 |
| UNILIFE CORPORATION, et al. | |

### O R D ER

AND NOW, this 4th day of February, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** Plaintiff should seek agreement from opposing counsel or file a motion to file an amended complaint.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5101 smith v. unilife corp\13cv5101.amended.complaint.order.docx