IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TALBOT (TODD) SMITH, | : <br> : <br> : CIVIL ACTION |
| Plaintiff/Counterclaim Defendant, | : <br> : |
| v. | : NO. 2:13-cv-05101-MMB <br> : |
| UNILIFE CORPORATION, UNILIFE MEDICAL SOLUTIONS, INC., ALAN SHORTALL, and RAMIN MOJDEH, | : <br> : <br> : |
| Defendants/Counterclaim Plaintiffs. | : <br> : <br> : |

### ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance as co-counsel on behalf of Defendants Unilife Corporation, Unilife Medical Solutions, Inc., Alan Shortall, and Ramin Mojdeh in reference to the above-captioned matter.

 REED SMITH LLP

 */s/ Anne E. Rollins*
 Anne Rollins (PA I.D. No. 314484)
 Email: arollins@reedsmith.com
 Three Logan Square
 1717 Arch Street, Suite 3100
 Philadelphia, PA 19103
 Telephone: (215) 851-8100
 Facsimile: (215) 851-1420

Date: September 8, 2014        *Attorneys for Defendants/Counterclaim Plaintiffs Unilife Corporation, Unilife Medical Solutions, Inc., Alan Shortall, and Ramin Mojdeh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Anne E. Rollins*
Anne E. Rollins