HARDWICK BENFER, LLC
BY: VIRGINIA HARDWICK, ESQ. (Attorney I.D. No. 202649)
TIFFANIE C. BENFER, ESQ. (Attorney I.D. No. 202096)
179 North Broad Street
Doylestown, PA. 18901                                                            Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TALBOT (TODD) SMITH | No. 2:13-cv-05101-MMB |
| Plaintiff, | |
| v. | |
| UNILIFE CORPORATION, UNILIFE MEDICAL SOLUTIONS, INC., ALAN SHORTALL, and RAMIN MOJDEH | |
| Defendants. | |

### ORDER

AND NOW, this **2nd** day of **Oct**, 2014, upon consideration of Plaintiff's Motion for Leave to File A Second Supplemental Amended Complaint and any response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED and Plaintiff is permitted to file his Second Supplemental Amended Complaint.

BY THE COURT:

_____ J.