IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TALBOT TODD SMITH<br><br>v.<br><br>UNILIFE CORPORATION, et al. | CIVIL ACTION<br><br>NO. 13-5101 |
|---|---|

### ORDER

And NOW, this 13th day of November 2014, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiff's Motion to Hold Defendants in Contempt for Violation of This Court's Stipulated Protective Orders Governing Confidential Information (ECF No. 67), and Defendants' opposition thereto; and Plaintiff's Motion to Amend Confidentiality Orders and to Amend Order of June 26, 2014 (ECF No. 100), and Defendants' response thereto; it is hereby ORDERED that:

1. Plaintiff's Motion to Hold Defendants in Contempt (ECF No. 67) is DENIED.

2. The Court will, in the exercise of its discretion, award attorneys' fees in FAVOR of Plaintiff and AGAINST Defendants for the preparation, including legal research and writing, of the briefs that Plaintiff has filed on, and for argument in Court relating to, the issues discussed in the foregoing memorandum.

    a. Plaintiff shall prepare and serve a statement of counsel's time spent on the preparation of briefs and argument in Court on these topics.

    b. Plaintiff shall prepare this document and serve a copy on Defendants within fourteen (14) days of the entry of this Order.  The Court encourages counsel to try to reach agreement on the amount of time spent, even if the propriety of the Court's Order is disputed.

  c. Plaintiff's statement and any brief in opposition shall be filed with the Court within thirty (30) days of entry of this Order.

3. Plaintiff's Motion to Amend Confidentiality Orders and to Amend Order of June 26, 2014 (ECF No. 100) is DENIED.

              **BY THE COURT:**

              /s/ Michael M. Baylson

              _____

              **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-5101 smith v. unilife corp\13cv5101.11.13.14.Order.Contempt.Amend.ProtectiveOrder.docx