IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TALBOT TODD SMITH | CIVIL ACTION |
|---|---|
| v. | NO. 13-5101 |
| UNILIFE CORPORATION, et al. | |

## ORDER

AND NOW, this 11th day of December 2014, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiff's Motion to Dismiss Defendants' Counterclaims With Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 85), and Defendants' opposition thereto (ECF No. 96), it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-5101 smith v. unilife corp\13cv5101.121114.order.MTD.docx