IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TALBOT TODD SMITH | CIVIL ACTION |
|---|---|
| v. | NO. 13-5101 |
| UNILIFE CORPORATION, et al. | |

## O R D ER

**AND NOW**, this 7th day of January, 2015, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that Defendants' Motion for Reconsideration and Clarification of the Court's November 14, 2014 Memorandum and Order (ECF 127) is **DENIED.**

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5101 smith v. unilife corp\13cv5101.order.reconsider.docx